**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION**

| | |
|---|---|
| GIANNA HUNNICUTT, | Case No: 3:21-cv-00666-JGC |
| Plaintiff, | Judge: James G. Carr |
| vs. | **STIPULATION FOR DISMISSAL AND JOURNAL ENTRY** |
| FRESH ENCOUNTER, INC., | Stephen C. Roach (0003569) |
| Defendant. | Attorney for Defendant |
| | Fresh Encounter, Inc. |
| | 300 Madison Avenue, Suite 1406 |
| | Toledo, OH 43604 |
| | Telephone: (419) 242-3900 |
| | Fax: (419) 242-6446 |
| | stephen_roach@staffdefense.com |

We, the attorneys for the undersigned parties, do hereby stipulate that the above-captioned matter has been settled and is dismissed with prejudice against defendant Fresh Encounter, Inc., with each party to bear its own costs. The Court retains jurisdiction to enforce the terms of the settlement agreement. The Court may enter an order accordingly, notice by the clerk being hereby waived.

IT IS SO ORDERED,

_____
Judge James G. Carr

/s/ Fred M. Bean
Fred M. Bean (0086756)
The Spitz Law Firm, LLC
25200 Chagrin Blvd., Ste. 200
Beachwood, OH 44122
Counsel for plaintiff
Gianna Hunnicutt


/s/ Stephen C. Roach
Stephen C. Roach (0003569)
300 Madison Avenue, Suite 1406
Toledo, OH 43604
Counsel for defendant
Fresh Encounter, Inc.


**CERTIFICATION**

This is to certify that on the 2nd day of August, 2021, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Stephen C. Roach
Stephen C. Roach
Attorney for Defendant